IN THE SUPREME COURT OF THE STATE OF NEVADA

AMANDA REYNOLDS,
                    Appellant,
          vs.
ALFREDO MEDELLIN,
                    Respondent.

No. 84571

FILED

MAY 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rhonda Kay Forsberg, District Judge
       Hon. Stacy Michelle Rocheleau, District Judge, Family Court Division
       Barnes Law Group, LLC
       Alfredo Medellin
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-14941